Charles Reichmann (SBN 206699)
LAW OFFICES OF CHARLES REICHMANN
16 Yale Circle
Kensington, CA 94708
(415) 373-8849
charles.reichmann@gmail.com

Andrew N. Friedman, *pro hac vice forthcoming*
Douglas J. McNamara, *pro hac vice forthcoming*
Sally M. Handmaker (SBN 281186)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
afriedman@cohenmilstein.com
dmcnamara@cohenmilstein.com
shandmaker@cohenmilstein.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGETT BURK, MARY BETH GRISI, and JASON ARICIU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC;<br><br>Defendants. | Case No: 3:18-cv-2504<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. |

Respectfully submitted,

Dated:  April 26, 2018          By:  */s/ Charles Reichmann*
                                              Charles Reichmann (SBN 206699)
                                              LAW OFFICES OF CHARLES REICHMANN
                                              16 Yale Circle
                                              Kensington, CA 94708
                                              (415) 373-8849
                                              charles.reichmann@gmail.com

                                              Andrew N. Friedman, *pro hac vice forthcoming*
                                              Douglas J. McNamara, *pro hac vice forthcoming*
                                              Sally M. Handmaker (SBN 281186)
                                              COHEN MILSTEIN SELLERS & TOLL PLLC
                                              1100 New York Ave. NW ● Fifth Floor
                                              Washington, DC 20005
                                              (202) 408-4600
                                              afriedman@cohenmilstein.com
                                              dmcnamara@cohenmilstein.com
                                              shandmaker@cohenmilstein.com

                                              *Attorneys for Plaintiffs*