Orin Snyder (*pro hac vice pending*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETT BURK, MARY BETH GRISI, and JASON ARICIU<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; and CAMBRIDGE ANALYTICA LLC,<br><br>Defendants. | CASE NO. 4:18-CV-02504-YGR<br><br>**OAKLAND DIVISION**<br><br>**[PROPOSED] ORDER**<br><br>Judge Yvonne Gonzalez Rogers |

Pursuant to the parties' stipulation, proceedings in this action are hereby stayed until a decision is issued from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843, at which point the parties will meet and confer regarding deadlines to respond to plaintiffs' complaint.

**IT IS SO ORDERED**

DATED: _____, 2018        _____
                                United States District Judge