Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIDGETT BURK, et al.,

                    Plaintiff(s),

    v.

FACEBOOK, INC., et al.,

                    Defendant(s).

Case No: 4:18-CV-02504

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**   AND ORDER
(CIVIL LOCAL RULE 11-3)

I, **Orin Snyder**, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Facebook, Inc. in the above-entitled action. My local co-counsel in this case is Brian Lutz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 200 Park Avenue<br>New York, NY 10166 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(212) 351-2400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 393-8379 |
| MY EMAIL ADDRESS OF RECORD:<br>osnyder@gibsondunn.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>blutz@gibsondunn.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2216424.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated:   05/11/18

                                                      APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Orin Snyder is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 15, 2018

                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE
                                  YVONNE GONZALEZ ROGERS

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*