| | |
|---|---|
| 1 | Orin Snyder (*pro hac vice pending*) |
|   |   osnyder@gibsondunn.com |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
|   | 200 Park Avenue |
| 3 | New York, NY 10166-0193 |
|   | Tel:  212.351.4000 |
| 4 | Fax:  212.351.4035 |
| 5 | Joshua S. Lipshutz (SBN: 242557) |
|   |   jlipshutz@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP |
| 7 | 1050 Connecticut Avenue, N.W. |
|   | Washington, D.C. 20036 |
| 8 | Tel:  202.955.8217 |
|   | Fax:  202.530.9614 |
| 9 | |
| 10 | Kristin A. Linsley (SBN: 154148) |
|   |   klinsley@gibsondunn.com |
|   | Brian M. Lutz (SBN: 255976) |
| 11 |   blutz@gibsondunn.com |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 12 | 555 Mission Street |
|   | Suite 300 |
| 13 | San Francisco, CA 94105 |
|   | Tel:  415.393.8379 |
| 14 | Fax:  415.374.8474 |
| 15 | Attorneys for Defendant |
| 16 | FACEBOOK, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIDGETT BURK, MARY BETH GRISI, and JASON ARICIU, | CASE NO. 4:18-CV-02504-YGR |
| Plaintiffs, | **OAKLAND DIVISION** |
| v. | [~~PROPOSED~~] **ORDER** |
| FACEBOOK, INC.; and CAMBRIDGE ANALYTICA LLC, | Judge Yvonne Gonzalez Rogers |
| Defendants. | |

Gibson, Dunn &
Crutcher LLP

~~PROPOSED~~ ORDER
CASE NO. 4:18-CV-02504-YGR

Pursuant to the parties' stipulation, proceedings in this action are hereby stayed until a decision is issued from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843, at which point the parties will meet and confer regarding deadlines to respond to plaintiffs' complaint.

**IT IS SO ORDERED**

DATED: May 15, 2018

_____
United States District Judge