## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Bridgett Burk, et al.**

**Plaintiff**

vs.     Case No: 3:18-cv-02504-LB

**Facebook, Inc., et al.**

**Defendant**

### AFFIDAVIT OF SERVICE

I, Thomas J. Bowman, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/30/2018 at 2:35 PM, I served Facebook, Inc. with the Summons and Class Action Complaint at 1 Hacker Way, Menlo Park, California 94025 by serving Anthony Marquez, Security Supervisor, authorized to accept service.

Anthony Marquez is described herein as:

Gender: Male   Race/Skin: White   Age: 34   Weight: 190   Height: 6'0"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true.

May 1 2018
Executed On

Thomas J. Bowman, Jr.

Client Ref Number: 41950-001
Job #: 1544380

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| BRIDGETT BURK, MARY BETH GRISI, and JASON ARICIU, individually and on behalf of all others similarly situated, <br> *Plaintiff(s)* <br> v. <br><br> FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC; <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:18-cv-2504  LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Facebook, Inc.
1 Hacker Way
Menlo Park, CA 94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles Reichmann
LAW OFFICES OF CHARLES REICHMANN
16 Yale Circle
Kensington, CA 94708

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date:  April 27, 2018        *Felicia Brown*        Felicia Brown
*Signature of Clerk or Deputy Clerk*