Charles Reichmann (SBN 206699)
LAW OFFICES OF CHARLES REICHMANN
16 Yale Circle
Kensington, CA 94708
(415) 373-8849
charles.reichmann@gmail.com

Andrew N. Friedman, pro hac vice forthcoming
Douglas J. McNamara, pro hac vice forthcoming
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
afriedman@cohenmilstein.com
dmcnamara@cohenmilstein.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETT BURK, MARY BETH GRISI, and JASON ARICIU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC,<br><br>Defendant. | No. 3:18-cv-02504-VC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Mary Beth Grisi hereby voluntarily dismisses her claims in the above-captioned action, originally filed in the United States District Court for the Northern District of California, without prejudice and without fees or costs to any party. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

1
2  Dated: September 21, 2020                    Respectfully submitted,
3
                                                By: /s/ Charles Reichmann
4
                                                Charles Reichmann (SBN 206699)
5                                               LAW OFFICES OF CHARLES REICHMANN
                                                16 Yale Circle
6                                               Kensington, CA 94708
                                                (415) 373-8849
7                                               charles.reichmann@gmail.com
8
                                                Andrew N. Friedman, pro hac vice forthcoming
9                                               Douglas J. McNamara, pro hac vice forthcoming
                                                COHEN MILSTEIN SELLERS & TOLL PLLC
10                                              1100 New York Ave. NW ● Fifth Floor
                                                Washington, DC 20005
11                                              (202) 408-4600
                                                afriedman@cohenmilstein.com
12                                              dmcnamara@cohenmilstein.com
13
                                                Attorneys for Plaintiffs
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28